**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 23-6564**

―――――――――――

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

RASHAD DONNELL HARRIS,

        Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, Senior District Judge. (2:17-cr-00109-RAJ-DEM-1)

―――――――――――

Submitted: February 27, 2024               Decided: March 1, 2024

―――――――――――

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Rashad Donnell Harris, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rashad Donnell Harris appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Harris*, No. 2:17-cr-00109-RAJ-DEM-1 (E.D. Va. May 18, 2023); *see Muth v. United States*, 1 F.3d 246, 250 (4th Cir. 1993) (holding that claims raised for the first time on appeal generally will not be considered, absent exceptional circumstances of plain error or fundamental miscarriage of justice). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*